**2004–1924. Steelton Village Mkt., Inc. v. Liquor Control Comm.**
Franklin App. No. 03AP–920, 2004-Ohio-5260. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MISCELLANEOUS ORDERS

**2005–0422. Columbus Bar Assn. v. Am. Family Prepaid Legal Corp.**
On April 12, 2005, this court granted relator's motion for an interim cease and desist order and remanded this matter to the Board on the Unauthorized Practice of Law for further consideration. On April 18, 2005, respondents filed a motion to clarify, dissolve, modify and/or stay the court's April 12, 2005, order. Relator filed a memo opposing the motion to clarify on April 28, 2005. Upon consideration thereof,

IT IS ORDERED by the court that respondents' motion be, and hereby is, denied.

O'DONNELL, J., dissents.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *May 23, 2005*

[Cite as *05/23/2005 Case Announcements,* 2005-Ohio-2481.]

## MISCELLANEOUS DISMISSALS

**2005–0755. In re Schaefer.**
Geauga App. No. 2004–G–2594, 2005-Ohio-1258. This cause is pending before the court as an appeal involving termination of parental rights/adoption. It appears from the records of the court that the appellee/cross-appellant has not filed a combined memorandum in response and in support of his cross-appeal, due May 18, 2005 in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute the cross-appeal with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that the cross-appeal be, and hereby is, dismissed sua sponte. The appeal of Geauga County Job and Family Services remains pending.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *May 25, 2005*

[Cite as *05/25/2005 Case Announcements,* 2005-Ohio-2447.]